UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:07CR271-01 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| TERRY W. COPELAND, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli, regarding the change of plea hearing of , which was referred to the Magistrate Judge with the consent of the parties.

On May 8, 2007, the government filed a twenty-two count indictment, charging Defendant, Terry W. Copeland, with Conspiracy to Commit Bank Fraud in violation of Title 18 United States Code, Section 371; Bank Fraud in violation of Title 18 United States Code, Section 1344(1)(2); Forging Securities in violation of Title 18 United States Code, Section 513(a); and Theft of Mail in violation of Title 18 United States Code, Section 1708. On May 29, 2007, Defendant Copeland was arraigned and entered a plea of not guilty before Magistrate Judge Patricia A. Hemann. On November 19, 2007, Magistrate Judge Nancy A. Vecchiarelli

received Defendant Copeland's plea of guilty to counts 1, 2, 3-12, 13-22 of the indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Copeland is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Copeland is adjudged guilty of Counts 1, 2, 3-12, 13-22 of the indictment, in violation of Title 8 United States Code, Section 371; Title 18 United States Code, Section 1344(1)(2); Title 18 United States Code, Section 513(a) and Title 18 United States Code, Section 1708.  This matter is referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be on January 8, 2008, at 2:30 p.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE